In re WALSH. In re HARRIS MILLINERY CO. (Circuit Court of Appeals, Sixth Circuit. February 14, 1916.) No. 2862. Petition for Revision of Proceedings of the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge. Wm. R. Walsh, of Port Huron, Mich., for petitioner. Campbell & Dewey, of Detroit, Mich., for bankrupt. Dismissed pursuant to stipulation.